**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7066**

———————————

MARVIN L. GRIMM,

Plaintiff - Appellant,

and

JOSEPH L. FORSYTH, JR.; VENSON L. COWARD;
DONALD D. REARDON; JONATHAN R. TULLER; ROBERT
L. TAYLOR; JOSEPH N. MARTIN; CARL RAY
CHAMBERS; THOMAS R. JEFFERSON; BRYCE M.
TULLER,

Plaintiffs,

versus

VIRGINIA DEPARTMENT OF CORRECTIONS,

Defendant - Appellee,

and

VIRGINIA PAROLE BOARD; JAMES JENKINS, Chairman
of the Virginia Parole Board,

Defendants.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-00-45)

———————————

Submitted:  December 14, 2000          Decided:  January 19, 2001

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marvin L. Grimm, Appellant Pro Se.  Matthew P. Dullaghan, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marvin L. Grimm appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Grimm v. Virginia Dep't of Corrections, No. CA-00-45 (E.D. Va. Apr. 28, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED